AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

THOMAS MARION ZACHARY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 423-246

SHERIFF JOHN T. WILCHER, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 7, 2023, Plaintiff's Complaint is dismissed for failure to obey a court order and failing to prosecute his case. This case stands closed.

Approved by: *Christopher L. Ray*
HON. CHRISTOPHER L. RAY
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

December 7, 2023
Date

John E. Triplett, Clerk of Court
Clerk

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020